# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONELL TUNIORS

VERSUS

AMERICAN TRANSPORTATION GROUP
INSURANCE RISK RETENTION
GROUP, INC., BUDGET TRUCK
RENTAL, LLC AND JERALD DWAYNE
STEWART

CONSOLIDATED WITH

ZURICH AMERICAN INSURANCE
COMPANY, AS SUBROGEE OF
KLEINPETER FARMS DAIRY, LLC

VERSUS

AMERICAN TRANSPORTATION
GROUP INSURANCE RISK
RETENTION GROUP, INC.,
BUDGET TRUCK RENTAL LLC,
JERALD DEWAYNE STEWART,
ALEXIS GROUP LOGISTICS CO.,
AND J.W. LOGISTICS, L.L.C.

NO.  2024 CW 0517

**SEPTEMBER 9, 2024**

---

In Re:    American Transportation Group Insurance Risk Retention
Group, Inc., applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
707051 c/w 708796.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT